RECEIVED
SDNY PRO SE OFFICE

2022 MAY 23 AM 9:59

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DANIEL KISS
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

RAFAEL A. TORRES, et al.,
_____
_____
(List the full name(s) of the defendant(s)/respondent(s).)

7:21 cv 10391 (KMK) ( ___ )

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I WORKING ONLY PART TIME AND I CAN'T AFFORD A ATTORNEY

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

   _I COULDN'T FIND ATTORNEY FOR MY CASE_

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

_MAY 15, 2022_
Date

_[Signature]_
Signature

_KISS DANIEL_
Name (Last, First, MI)

Prison Identification # (if incarcerated)

_4205 FOX LN,_     _POUGHKEEPSIE_     _NY_     _12603_
Address              City              State    Zip Code

_201-921-4257_                       _PAYKISS65@GMAIL.COM_
Telephone Number                     E-mail Address (if available)

\* MY ADDRESS HAS CHANGED:
- MY OLD ADDRESS WAS: 4676 ALBANY POST ROAD, 9A1
                      HYDE PARK, NY 12538
- MY NEW ADDRESS: 4205 FOX LN,
                  POUGHKEEPSIE, NY 12603

