# MEMO ENDORSED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Daniel kiss
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Rafael A Torres, et al.,
_____

_____
(List the full name(s) of the defendant(s)/respondent(s).)

21 CV 10391 (kmk)( )

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☑ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

My case started in 2020, I hired a lawyer ( Mr. Pascazi, mpascazi@gmail.com, 845-897-4219)
A year later, I began to represent myself, I could no longer afford a lawyer. I'm even worse off financially at the moment. My case is in Federal court over 3 years and now goes to a jury and I can't do it without a lawyer.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I spoke to many attorneys, but they not interesting represent me . Osorio Cachaya Law 914-361 4728; Mark Peters , mpeters@petersbrovner.com, 917-639-3270;Jacob Fuchsberg, 212-869-3500;NYCivil Right att. 855-465 4622; J&G Law 845-764-9656; Sokoloff & Stern 516-334-4500; The Fu Firm,212-584-0581;J.Pace Law 917-336-3948;Taylor Koss Law 917-705 7757; Paul Prestia Law 862-362-1939; The Bagley Firm 718-705-7999; Matte Miklave Law 212-419-0551; NYSTLA 212-349-5890; Finkelstein & Partners 845-244-5779; Klein Civl Right 888-323-0230;Caribian Law

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: English, Slovak,Czech,Polish

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

May 29,2024
Date

Signature

Kiss Daniel
Name (Last, First, MI)

Prison Identification # (if incarcerated)

4205 Fox Ln,
Address

Poughkeepsie
City

NY
State

12603
Zip Code

201-921 4257
Telephone Number

paykiss65@gmail.com
E-mail Address (if available)

---

Plaintiff's application for the Court to request pro bono counsel is denied without prejudice.  Although Plaintiff indicates that he has (1) previously filed an application to proceed in forma pauperis ("IFP application") and (2) attached a new IFP application showing his current financial status, there is no IFP application on the docket nor is there one attached to this application.  Given that litigants seeking an order from the Court requesting pro bono counsel must demonstrate that they are indigent—that is, that they cannot afford an attorney, *see Artis v. Phelps Mem'l Hosp. Ass'n*, No. 23-CV-9827, 2024 WL 1307223, at *1 (S.D.N.Y. Mar. 27, 2024)—Plaintiff's application must be denied.  However, this denial is without prejudice, so Plaintiff may renew his request and provide the Court with additional information demonstrating, among other things, that he cannot afford an attorney, such as by submitting a meritorious IFP application.  To facilitate that effort, the Court has attached a blank IFP application to this Order.

The Clerk of Court is respectfully asked to terminate the pending motion and to mail a copy of this Order to Plaintiff.

SO ORDERED.

6/12/24

2



ALBANY NY 120
29 MAY 2024 PM 2 L

Southern District of New York
300 QUARROPAS LANE
WHITE PLAINS, NY 10606



RECEIVED
MAY 31 2024
U.S.D.C.
W.P.



SDNY

Daniel Kiss
4205 Fox Ln
Poughkeepsie, NY 12603

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

_____

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*   ☐ Yes   ☐ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?   ☐ Yes   ☐ No
   Monthly amount: _____
   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☐ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____
   If "no," what was your last date of employment? _____
   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☐ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☐ No

SDNY Rev: 8/5/2015

|  |  | Yes | No |
|---|---|---|---|
| (c) | Pension, annuity, or life insurance payments | ☐ | ☐ |
| (d) | Disability or worker's compensation payments | ☐ | ☐ |
| (e) | Gifts or inheritances | ☐ | ☐ |
| (f) | Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ | ☐ |
| (g) | Any other sources | ☐ | ☐ |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____  _____
Dated                         Signature

_____  _____
Name (Last, First, MI)        Prison Identification # (if incarcerated)

_____  _____
Address          City         State        Zip Code

_____  _____
Telephone Number              E-mail Address (if available)

IFP Application, page 2