UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DANIEL KISS,

                    Plaintiff,                    **ORDER**

        -against-                    21 Civ. 10391 (KMK) (AEK)

RAFAEL A. TORRES, *as Hyde Park Police Officer, et al.*,

                    Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    At a conference held on September 6, 2024, Plaintiff made two representations on the record that the Court hereby memorializes in writing:

> (1) the tools that Defendants allegedly removed from Plaintiff's vehicle and placed in the garage of the house at 4 Potter Bend, Poughkeepsie, New York on February 13, 2020 are the only personal property for which Plaintiff seeks monetary damages in this action; and
>
> (2) Plaintiff withdraws any claim for damages for lost income from his inability to work.

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: September 6, 2024
       White Plains, New York

                                            **SO ORDERED.**

                                            _____
                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge