**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
DANIEL KISS,

|                                   |                                   |
|-----------------------------------|-----------------------------------|
| Plaintiff,                        | 21 **CIVIL** 10391 (KMK)          |
| -against-                         | **JUDGMENT**                      |
| RAFAEL A. TORRES, et al.,         |                                   |
| Defendants.                       |                                   |

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 17, 2025, Defendants' motions for summary judgment are GRANTED; accordingly, judgment is entered for the defendants and the case is closed.

**Dated:**  New York, New York

September 17, 2025

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**